

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2018

No. 04-17-00777-CV

**PREMIER LEARNING ACADEMY, INC.**, and Juan Padilla,
Appellants

v.

Becky **LUNA-CRISTAN** and Miranda De La Rosa,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16355B
Honorable Rex Emerson, Judge Presiding

**ORDER**

This appeal is DISMISSED. Costs of this appeal are taxed against appellants.

It is so **ORDERED** on January 17, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2018.

_____
Keith E. Hottle, Clerk of Court